

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

December 13, 2019

**BY EMAIL**
The Honorable Paul E. Davison
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re: *United States v. Jared Miller-White*, 19 Mag. 9705

Dear Judge Davison:

    The Government respectfully requests that the currently sealed complaint in the above-referenced case be unsealed. The Government is available to answer any questions the Court may have.

    Very truly yours,

    GEOFFREY S. BERMAN
    United States Attorney

SO ORDERED 4/14/20

by: /s Mathew Andrews
    Mathew Andrews
    Assistant United States Attorney
    (914) 993-1920

USDC SDNY
Document
Electronically Filed
Doc #
Date Filed 4/14/2020